J. TIMOTHY NARDELL (State Bar #184444)
NARDELL CHITSAZ & ASSOCIATES LLP
790 Mission Avenue
San Rafael, California 94901
Telephone: (415) 485-2200
Facsimile:  (415) 457-1420
Email:      tim@ncalegal.com

JOHN P. MARGIOTTA (*Pro Hac Vice* application pending)
JENNIFER INSLEY-PRUITT (Pro Hac Vice application pending)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Telephone:  (212) 813-5900
Facsimile:   (212) 812-5901
Email:       jmargiotta@fzlz.com
             jinsley-pruitt@fzlz.com

Attorneys for Plaintiff CARTIER INTERNATIONAL
AG and CARTIER, a division of RICHEMONT
NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARTIER INTERNATIONAL AG and CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CARTER CELLARS, ENVY WINES, LLC, CHRISTY CARTER, MARK CARTER, NILS VENGE, and DOES 1-10, <br><br> Defendants. | Case No. CV 13 4544 EMC <br><br> **STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR FILING PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE VARIOUS AFFIRMATIVE DEFENSES OF DEFENDANTS** <br><br> Action Filed:  October 1, 2013 |

Pursuant to Civil L.R. 7-11 and 7-12, the parties, by and through the undersigned counsel, hereby request by stipulation that the Court extend the briefing schedule for Plaintiff's Motion to Strike Various Affirmative Defenses so that Plaintiffs' Reply Memorandum In Support of Plaintiffs' Motion to Strike Various Defenses shall be filed no later than **January 6, 2014**, i.e., a one week extension of the deadline provided under Civil L.R. 7-3(c).  Good cause supports the requested extension to accommodate counsel for Plaintiffs who are on scheduled vacations over the Christmas holidays.

IT IS SO STIPULATED.

Dated:  December 26, 2013              NARDELL CHITSAZ & ASSOCIATES LLP


By:         /s/ J. Timothy Nardell
J. TIMOTHY NARDELL
Attorneys for Plaintiffs CARTIER INTERNATIONAL AG and CARTIER, a division of RICHEMONT NORTH AMERICA, INC.

AND

JOHN P. MARGIOTTA (*pro hac vice* application pending)
JENNIFER INSLEY-PRUITT (*pro hac vice* application pending)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Attorneys for Plaintiffs CARTIER INTERNATIONAL AG and CARTIER, a division of RICHEMONT NORTH AMERICA, INC.

Dated: December 26, 2013              HAAPALA, THOMPSON & ABERN, LLP


By:    /s/ Benjamin A. Thompson
Benjamin A. Thompson
Attorneys For Defendants

### ORDER

The Court having considered the parties' stipulation to extend the briefing schedule for Plaintiff's Motion to Strike Various Affirmative Defenses, and good cause appearing, Plaintiffs shall

have until January 6, 2014 to file a Reply Memorandum In Support of Plaintiffs' Motion to Strike Various Affirmative Defenses.

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  `1/3/14                    _____

JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT