1  J. TIMOTHY NARDELL (State Bar #184444)
   NARDELL CHITSAZ & ASSOCIATES LLP
2  790 Mission Avenue
   San Rafael, California 94901
3  Telephone: (415) 485-2200
   Facsimile:  (415) 457-1420
4  Email:       tim@ncalegal.com

5  JOHN P. MARGIOTTA (*Pro Hac Vice* application pending)
   JENNIFER INSLEY-PRUITT (*Pro Hac Vice* application pending)
6  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   866 United Nations Plaza
7  New York, New York 10017
   Telephone:  (212) 813-5900
8  Facsimile:  (212) 812-5901
   Email:       jmargiotta@fzlz.com
9                jinsley-pruitt@fzlz.com

10 Attorneys for Plaintiff CARTIER INTERNATIONAL
   AG and CARTIER, a division of RICHEMONT
11 NORTH AMERICA, INC.

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17 | CARTIER INTERNATIONAL AG and      | Case No. CV 13 4544 EMC
   | CARTIER, a division of RICHEMONT  |
18 | NORTH AMERICA, INC.,              | **STIPULATION AND [PROPOSED**
   |                                   | **ORDER] TO ~~ALLOW COUNSEL FOR~~**
19 |              Plaintiffs,          | **PL~~AINTIFF TO APPEAR~~**
   |                                   | **~~TELEPHONICALLY AT HEARING~~**
20 |       vs.                         | **~~AND/OR~~ EXTEND THE HEARING DATE**

21 | CARTER CELLARS, ENVY WINES,       | Action Filed:  October 1, 2013
   | LLC, CHRISTY CARTER, MARK         |
22 | CARTER, NILS VENGE, and DOES 1-10,|

23 |              Defendants.          |

24

25

26

27

28

STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT
HEARING AND/OR EXTEND THE HEARING DATE

CV 13 4544 EMC

1    WHEREAS the Initial Case Management Conference in this action and Plaintiffs' Motion to

2  Strike Various Affirmative Defenses are currently scheduled to be heard on February 6, 2014 at 1:30

3  p.m.

4    WHEREAS John P. Margiotta, who intends to serve as lead counsel for Plaintiffs Cartier

5  International AG and Cartier in this action, lives and works in New York City and has a conflict that

6  prevents him from travelling to California to be present in person at the hearings scheduled for February

7  6, 2014.

8    THEREFORE Pursuant to Civil L.R. 7-11 and 7-12, the parties, by and through the undersigned

9  counsel, hereby request by stipulation that the Court allow Mr. Margiotta appear at the hearings on

10  February 6, 2014 by telephone, or in the alternative, continue the Initial Case Management Conference

11  and hearing on Plaintiffs' Plaintiffs' Motion to Strike Various Affirmative Defenses to another date.

12    If the Court determines that rescheduling the hearings of these matters, the parties agree that

13  February 13 or February 27 at 1:30 p.m., would be mutually convenient dates for the hearing of these

14  matters, at which time counsel for all parties could make arrangements to be personally present in

15  Court.

16    IT IS SO STIPULATED.

17  Dated:  January 21, 2013                    NARDELL CHITSAZ & ASSOCIATES LLP

18

19                                              By:      /s/ J. Timothy Nardell
20                                                   J. TIMOTHY NARDELL
                                                     Attorneys for Plaintiffs CARTIER
                                                     INTERNATIONAL AG and CARTIER, a division
21                                                   of RICHEMONT NORTH AMERICA, INC.

22                                                   AND

23                                                   JOHN P. MARGIOTTA (*pro hac vice* application
                                                     pending)
24                                                   JENNIFER INSLEY-PRUITT (*pro hac vice*
                                                     application pending)
25                                                   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                                                     Attorneys for Plaintiffs CARTIER
26                                                   INTERNATIONAL AG and CARTIER, a division
                                                     of RICHEMONT NORTH AMERICA, INC.

27

28                                              1

STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT
HEARING AND/OR EXTEND THE HEARING DATE

CV 13 4544 EMC

1  Dated: January 21, 2014                    HAAPALA, THOMPSON & ABERN, LLP

2

3                                              By:____/s/ Benjamin A. Thompson_____
                                                    Benjamin A. Thompson
4                                                   Attorneys For Defendants

5                                                 **ORDER**

6        The Court having considered the parties' stipulation, and good cause appearing, the Court

7  hereby orders that:

8        ____   John P. Margiotta may appear telephonically at the Initial Case Management Conference

9               and the hearing of Plaintiffs' Motion to Strike Various Affirmative Defenses, on

10              February 6, 2014 at 1:30 p.m.

11

12       __x__  The Initial Case Management Conference and the hearing of Plaintiffs' Motion to Strike

13              Various Affirmative Defenses shall be continued to ___2/27/14___ at _1:30_ p.m.
                A joint CMC statement shall be filed 7 days before the CMC.

14

15       PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: ___1/23/14___                          _____
                                                  JUDGE EDWARD M. CHEN
18                                                UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28
                                                     2