Steven Sheriff Abern, SBN 148690
Benjamin A. Thompson, SBN 236590
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8570
E-mail:  sabern@htalaw.com
            bthompson@htalaw.com

Attorneys For Defendants
CARTER CELLARS, ENVY WINES, LLC, MARK CARTER,
CHRISTY CARTER, and NILS VENGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CARTIER INTERNATIONAL AG and CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CARTER CELLARS, ENVY WINES, LLC, CHRISTY CARTER, MARK CARTER, NILS VENGE, and DOES 1-10. <br><br> Defendants. | Case No.: C13-4544 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ENVY WINES LLC AND NILS VENGE** |

Pursuant to Civil L.R. 7-12, it is hereby stipulated and agreed, by and through the undersigned counsel, that the above-captioned action is voluntarily dismissed without prejudice against defendants Envy Wines, LLC, and Nils Venge pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  February 7, 2014          FROSS ZELNICK LEHRMAN & ZISSU, P.C.


                                  By:   */s/ John P. Margiotta
                                        John P. Margiotta
                                        Attorneys for Plaintiffs
                                        *Mr. Margiotta provided his consent that this
                                        document be electronically filed.

1

Dated:  February 7, 2014          NARDELL, CHITSAW & ASSOCIATES LLP

By:  */s/ J. Timothy Nardell
J. Timothy Nardell
Attorneys for Plaintiffs
*Mr. Nardell provided his consent that this document be electronically filed

Dated:  February 7, 2014          HAAPALA, THOMPSON & ABERN, LLP

By:  /s/ Benjamin A. Thompson
Benjamin A. Thompson
Attorneys for Defendants

**ORDER**

The Court, having considered the parties' stipulation, defendants Envy Wines, LLC and Nils Venge are dismissed from the above captioned action without prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/13/14

_____
Honorable Edward M. Chen



APPROVED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Haapala, Thompson & Abern LLP, Attorneys At Law, Park Plaza Building, 1939 Harrison St., Suite 800, Oakland, California 94612, Telephone: 510-763-2324, Facsimile: 510-273-8570*
2

*Cartier International AG, et al. v. Carter Cellars, et al.*/Case #C13-4544 EMC
Stipulation and [Proposed] Order of Dismissal Without Prejudice of Defendants Envy Wines LLC and Nils Venge