UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CARTIER INTERNATIONAL AG, et al.,

    Plaintiffs,

  v.

CARTER CELLARS, et al.,

    Defendants.

Case No.  13-cv-04544-BLF

**CASE MANAGEMENT ORDER**

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 10/02/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | 01/20/2015 – Rebuttal Experts 02/20/2015 |
| Fact Discovery Cut-Off | 12/19/2014 |
| Expert Discovery Cut-Off | 03/20/2015 |
| Last Day to Hear Dispositive Motions | 05/21/2015 at 9:00 AM |
| Hearing on Motions in Limine | 07/09/2015 at 2:30 PM |
| Final Pretrial Conference | 07/09/2015 at 2:30 PM |
| Trial | 07/20/2015 at 9:00 AM |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT parties may appear at the Case Management
6   Conference set for 10/02/2014 at 1:30 PM without further approval of the court.

Dated:  May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge