United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARTIER INTERNATIONAL AG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARTER CELLARS, et al.,<br><br>Defendants. | Case No. 13-cv-04544-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The parties in the above-captioned action are presently scheduled to appear for a Case Management Conference on October 2, 2014. The parties have filed with this Court a Case Management Statement in which they inform the Court that they have reached a settlement in this action, and are negotiating the final terms of the agreement.

In light of this information, the Court hereby VACATES the Case Management Conference, presently scheduled for October 2, 2014 at 1:30 P.M. The parties are hereby ORDERED to appear at a Case Management Conference on December 4, 2014, at 1:30 P.M. This Conference shall be vacated if the parties file with this Court a notice of settlement and stipulated dismissal of this action prior to Friday, November 28, 2014.

**IT IS SO ORDERED.**

Dated: September 29, 2014

_____
BETH LABSON FREEMAN
United States District Judge